UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE                                                    CASE NO: 18-06150-BKT

RAMON SANTIAGO VELEZ                                     CHAPTER 7
ELISANDRA MARTINEZ AHORRIO

xxx-xx-8773
xxx-xx-1532
        Debtors

## NOTICE TO CREDITORS

TO THE HONORABLE COURT:

Comes now debtors, through the undersigned attorney and respectfully prays and alleges:

1.  The Meeting of Creditors pursuant Section 341(a) in this case, as requested by debtor's attorney, was continued to the date of **DECEMBER 4, 2018 at 1:30 pm**, at meeting room in the Ochoa Building, 500 Tanca Street, First Floor in San Juan, Puerto Rico.

2.  This notice is given to all creditors in the mailing list.

WHEREFORE, Notice is given to all creditors in the mailing list that the continuation of the 341(a) meeting in this case will be held on **DECEMBER 4, 2018 at 1:30 pm**, at meeting room in the Ochoa Building, 500 Tanca Street, First Floor in San Juan, Puerto Rico.

## CERTIFICATION OF SERVICE

Appearing debtors certifies that on this same date have been electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following: the US Trustee, Chapter 7 Trustee and all the parties in the creditors mailing list receiving electronic mail, and by regular mail to the parties that do not receives electronic mails.

Respectfully submitted, at Arecibo for San Juan, PR this 28 day of November, 2018.

/s/MARIBEL G. RUBIO BELLO
MARIBEL G. RUBIO BELLO, ESQ.
USDC-PR-209911
PO BOX 140373
ARECIBO, PR 00614-0373
PHONE: (787) 879-5149  FAX: (787) 878-7777
EMAIL: lic.rubiobello@gmail.com